**Paul J. CUBBISON, Appellant, v. DELCO PRODUCTS CORPORATION, Appellee.**

No. 8856.

Circuit Court of Appeals, Sixth Circuit.

Feb. 12, 1942.

W. Harold Yost, of Youngstown, Ohio, and Harshman & Young, of Dayton, Ohio, for appellant.

Cooper, Kerr & Dunham, of New York City, and Dinsmore, Shohl, Sawyer & Dinsmore, of Cincinnati, Ohio, for appellee.

Before HICKS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of the record, briefs and arguments of counsel. On consideration whereof, it is ordered, adjudged and decreed that the decree appealed from be and the same is affirmed upon the grounds and for the reasons stated in the opinion of the District Judge filed August 3, 1939, 29 F.Supp. 202.